NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LARRY D. MULDROW,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES, ROBIN DUTY, Official, Veteran Affairs,**

*Defendants-Appellees*

---

2025-1847

---

Appeal from the United States District Court for the Eastern District of Arkansas in No. 4:24-cv-00171-BSM, Judge Brian S. Miller.

---

**ON MOTION**

---

Before REYNA, HUGHES, and STOLL, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Larry D. Muldrow appeals from the United States District Court for the Eastern District of Arkansas's dismissal of his complaint seeking at least $75,000 in damages for alleged injuries associated with bloodwork performed by

the Department of Veterans Affairs. In response to the court's July 9, 2025 order to show cause, the United States urges dismissal or transfer of this appeal to the United States Court of Appeals for the Eighth Circuit. Mr. Muldrow opposes transfer or dismissal and moves for various relief.

This court's jurisdiction to review decisions of federal district courts is generally limited to appeals arising under the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see id.* § 1295(a)(4)(C); or certain damages claims against the United States "not exceeding $10,000 in amount," *id.* § 1346(a)(2), *see id.* § 1295(a)(2). This appeal does not fall within that limited jurisdiction. Under the circumstances, we deem it appropriate to transfer to the United States Court of Appeals for the Eighth Circuit. 28 U.S.C. §§ 41, 1291, 1294, 1631.

Accordingly,

IT IS ORDERED THAT:

This matter and all case motions and filings are transferred to the United States Court of Appeals for the Eighth Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

September 30, 2025
Date

Jarrett B. Perlow
Clerk of Court